# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## UNITED STATES COURTHOUSE
### 400 EAST 9TH STREET
### KANSAS CITY, MISSOURI 64106

**DEAN WHIPPLE**
District Judge



(816) 512-5615

May 28, 2008

Committee on Financial Disclosure
Administrative Offices of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

Re:     2007 Financial Disclosure Amended Report

Dear Sir or Madam:

Pursuant to your letter of May 22, 2008, enclosed please find an original and three copies of my amended annual financial disclosure report for the calendar year 2007.  The amendment is made on page 5, line 29, section D.  Please acknowledge receipt of the amended report.

Should you have any questions, please feel free to call me.

Very truly yours,



DEAN WHIPPLE
U. S. DISTRICT JUDGE

DW:ksw
Enclosures

| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>WHIPPLE, HAROLD "DEAN" D | 2. Court or Organization<br><br>Western District of Missouri | 3. Date of Report<br><br>05/28/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. DISTRICT JUDGE (Senior Status) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>8462 Chas. Evans Whittaker Crt<br>400 East 9th Street<br>Kansas City, MO 64106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Missouri Judges Retirement System - Pension | $ 45,158.72 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Administrative Office - U.S. Courts - Administrative Assistant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. U.S. Bank (formerly Merc.Bank) (IRA's) cash equivalent | A | Interest | K | T | | | | | |
| 2. Woodlands, Dallas Co., MO | | None | L | W | | | | | |
| 3. Woodlands, Dallas Co., MO | | None | K | W | | | | | |
| 4. Office Bldg., Lebanon, MO | | None | K | W | | | | | |
| 5. 1/2 Owner woodlands, Laclede Co., MO | | None | J | W | | | | | |
| 6. 1/3 Owner woodlands, Lebanon, MO | | None | K | W | | | | | |
| 7. GMAC | D | Interest | M | T | | | | | |
| 8. Bank of America Accounts | C | Interest | M | T | | | | | |
| 9. Hickory Co. MO (Weaubleau) School Dist. R-III Mun. Bonds | A | Interest | | | Redeem | 03/01 | K | A | |
| 10. Hickory Co. MO (Skyline) R-1 School Dist. Mun. Bonds | A | Interest | | | Redeem | 03/01 | K | A | |
| 11. Corn Prod. Int'l. com. stock | A | Dividend | J | T | | | | | |
| 12. Vail Resort, Inc. (common) | | None | J | T | | | | | |
| 13. Mid-Missouri Bank Account | C | Interest | M | T | | | | | |
| 14. Cisco Systems, Inc. (common) | | None | J | T | | | | | |
| 15. Pepsico, Inc. (common) | B | Dividend | L | T | | | | | |
| 16. Fed Nat'l. Mtg. Assn note | A | Interest | | | Sell | 07/25 | J | A | |
| 17. Federated Total Return Bond Fund | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD "DEAN" D | 05/28/2008 |

## VII. INVESTMENTS and TRUSTS *-- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) / Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Federated Ultra Short Bond Fund | A | Interest | | | Sell | 06/12 | K | A | |
| 19. Pimco Foreign Bond Fund | B | Interest | K | T | | | | | |
| 20. Vanguard GNMA Fund | B | Interest | K | T | | | | | |
| 21. Vanguard Developed Markets Index | A | Dividend | K | T | | | | | |
| 22. Vanguard Institutional Index | B | Dividend | L | T | | | | | |
| 23. Goldman Sachs Financial Square Money Market Fund | B | Interest | J | T | | | | | |
| 24. Dimensional Fund Advisors Investment Dimensions Group | C | Dividend | N | T | | | | | |
| 25. IRA #1 | D | Interest | M | T | | | | | |
| 26. -- AIM Int'l. Mutual Fund | | | | | | | | | |
| 27. -- AIM Equity Funds CLA | | | | | | | | | |
| 28. -- U.S. Treas. Sec. Stripped | | | | | Redeem | 08/15 | M | G | |
| 29. AIM Growth SEP | A | Interest | M | T | Buy | 08/15 | M | | |
| 30. Harley Davidson, Inc. | A | Dividend | J | T | | | | | |
| 31. Pim. Comm. | B | Dividend | K | T | Buy | 06/07 | K | | |
| 32. Northern Fund Global | A | Dividend | K | T | Buy | 06/07 | K | | |
| 33. Vanguard TIPS | B | Dividend | K | T | Buy | 06/07 | K | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD "DEAN" D | 05/28/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007



Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

AO 10
Rev. 1/2008

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WHIPPLE, HAROLD "DEAN" D | Western District of Missouri | 04/10/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. DISTRICT JUDGE (Senior Status) | ☐ Nomination, Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2007 <br> to <br> 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 8462 Chas  Evans Whittaker Crt <br> 400 East 9th Street <br> Kansas City, MO 64106 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD "DEAN" D | 04-10-2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Missouri Judges Retirement System - Pension | $ 45,158.72 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Administrative Office - U.S. Courts - Administrative Assistant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD "DEAN" D | 04 10 2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | U.S. Bank (formerly Merc.Bank) (IRA's) cash equivalent | A | Interest | K | T | | | | | |
| 2. | Woodlands, Dallas Co., MO | | None | L | W | | | | | |
| 3. | Woodlands, Dallas Co., MO | | None | K | W | | | | | |
| 4. | Office Bldg., Lebanon, MO | | None | K | W | | | | | |
| 5. | 1/2 Owner woodlands, Laclede Co., MO | | None | J | W | | | | | |
| 6. | 1/3 Owner woodlands, Lebanon, MO | | None | K | W | | | | | |
| 7. | GMAC | D | Interest | M | T | | | | | |
| 8 | Bank of America Accounts | C | Interest | M | T | | | | | |
| 9. | Hickory Co. MO (Weaubleau) School Dist. R-III Mun. Bonds | A | Interest | | | Redeem | 03/01 | K | A | |
| 10. | Hickory Co. MO (Skyline) R-1 School Dist. Mun. Bonds | A | Interest | | | Redeem | 03/01 | K | A | |
| 11. | Corn Prod. Int'l. com. stock | A | Dividend | J | T | | | | | |
| 12. | Vail Resort, Inc. (common) | | None | J | T | | | | | |
| 13. | Mid-Missouri Bank Account | C | Interest | M | T | | | | | |
| 14. | Cisco Systems, Inc. (common) | | None | J | T | | | | | |
| 15. | Pepsico, Inc. (common) | B | Dividend | L | T | | | | | |
| 16. | Fed Nat'l. Mtg. Assn note | A | Interest | | | Sell | 07/25 | J | A | |
| 17. | Federated Total Return Bond Fund | B | Interest | L | T | | | | | |

1 Income Gain Codes:      A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
  (See Columns B1 and D4)  F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes              J =$15,000 or less         K =$15,001 - $50,000        L =$50,000 - $100,000        M =$100,001 - $250,000
  (See Columns C1 and D3)   N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                           P4 =More than $50,000,000
3 Value Method Codes       Q =Appraisal               R =Cost (Real Estate Only)   S =Assessment               T =Cash Market
  (See Column C2)           U =Book Value              V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD "DEAN" D | 04/10 2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Federated Ultra Short Bond Fund | A | Interest | | | Sell | 06/12 | K | A | |
| 19. Pimco Foreign Bond Fund | B | Interest | K | T | | | | | |
| 20. Vanguard GNMA Fund | B | Interest | K | T | | | | | |
| 21. Vanguard Developed Markets Index | A | Dividend | K | T | | | | | |
| 22. Vanguard Institutional Index | B | Dividend | L | T | | | | | |
| 23. Goldman Sachs Financial Square Money Market Fund | B | Interest | J | T | | | | | |
| 24. Dimensional Fund Advisors Investment Dimensions Group | C | Dividend | N | T | | | | | |
| 25. IRA #1 | D | Interest | M | T | | | | | |
| 26. -- AIM Int'l. Mutual Fund | | | | | | | | | |
| 27. -- AIM Equity Funds CLA | | | | | | | | | |
| 28. -- U.S. Treas. Sec. Stripped | | | | | Redeem | 08/15 | M | G | |
| 29. AIM Growth SEP | A | Interest | M | T | | | | | |
| 30. Harley Davidson, Inc. | A | Dividend | J | T | | | | | |
| 31. Pim. Comm. | B | Dividend | K | T | Buy | 06/07 | K | | |
| 32. Northern Fund Global | A | Dividend | K | T | Buy | 06/07 | K | | |
| 33. Vanguard TIPS | B | Dividend | K | T | Buy | 06/07 | K | | |
| 34. | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD "DEAN" D | 04/10/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544